**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 7845 |
| | ) | |
| LARRY ALMON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: **August 16, 2018** |
| | ) | Hearing Time: **9:30 a.m.** |
| | ) | Courtroom:    **680** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **August 16, 2018**, at **9:30 a.m.**, we shall appear before the Honorable Jacqueline P. Cox in Courtroom No. 680 in the Dirksen Federal Courthouse at 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in her place and stead, and then and there present the attached **Trustee's Application for Compensation and Expenses.**

Dated: July 17, 2018

                                            Respectfully submitted,

                                            By:     /s/ *Frances Gecker*
                                                    Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{ALMON/001/00054259.DOC/}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 07 B 7845 |
| | ) | |
| LARRY ALMON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:    THE HONORABLE Jacqueline P. Cox

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $6,554.43 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $6,554.43. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $804.43 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $6,554.43 | |

{ALMON/001/00054259.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                    $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: July 17, 2018

                                              Respectfully submitted,

                                              By:   /s/ *Frances Gecker*
                                                    Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)