# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| LARRY ALMON § | Case No. 07-07845 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 248,900.00 *(Without deducting any secured claims)* | Assets Exempt: 17,550.00 |
| Total Distributions to Claimants: 21,739.32 | Claims Discharged Without Payment: 204,795.69 |
| Total Expenses of Administration: 44,349.26 | |

3) Total gross receipts of $ 131,859.96  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 65,771.38  (see **Exhibit 2**), yielded net receipts of $ 66,088.58  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 120,765.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,349.26 | 44,349.26 | 44,349.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 445.80 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,008.00 | 81,398.47 | 70,926.01 | 21,739.32 |
| **TOTAL DISBURSEMENTS** | $ 219,773.00 | $ 126,193.53 | $ 115,275.27 | $ 66,088.58 |

4)  This case was originally filed under chapter 7 on 04/30/2007 . The case was pending for 138 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/12/2018            By:/s/Frances Gecker, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER LITIGATION | 1249-000 | 131,859.96 |
| **TOTAL GROSS RECEIPTS** | | **$131,859.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ALMON, LARRY | Exemptions | 8100-002 | 65,771.38 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 65,771.38** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everhome Mortgage Co. | | 89,765.00 | NA | NA | 0.00 |
| | FATHER & SONS | | 0.00 | NA | NA | 0.00 |
| | TOYOTA FINANCIAL | | 16,000.00 | NA | NA | 0.00 |
| | TOYOTA MOTOR CREDIT CORP. | | 15,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 120,765.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 6,554.43 | 6,554.43 | 6,554.43 |
| Associated Bank | 2600-000 | NA | 214.92 | 214.92 | 214.92 |
| FRANKGECKER LLP | 3110-000 | NA | 33,297.50 | 33,297.50 | 33,297.50 |
| FRANKGECKER LLP | 3120-000 | NA | 134.41 | 134.41 | 134.41 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 4,123.70 | 4,123.70 | 4,123.70 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 24.30 | 24.30 | 24.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 44,349.26 | $ 44,349.26 | $ 44,349.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | IRS |  | 1,000.00 | NA | NA | 0.00 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 445.80 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ 1,000.00 | $ 445.80 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | APPLD CRD BK |  | 0.00 | NA | NA | 0.00 |
|  | BANCO POPULAR |  | 0.00 | NA | NA | 0.00 |
|  | BENEFICIAL/HOUSEHOLD FINANCE |  | 10,714.00 | NA | NA | 0.00 |
|  | CAPITAL ONE BANK |  | 0.00 | NA | NA | 0.00 |
|  | CHARTER ONE BANK |  | 535.00 | NA | NA | 0.00 |
|  | CITIFINANCIAL |  | 0.00 | NA | NA | 0.00 |
|  | CITIFINANCIAL |  | 0.00 | NA | NA | 0.00 |
|  | CITIFINANCIAL |  | 5,267.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | COUNTRYWIDE HOME LENDING |  | 0.00 | NA | NA | 0.00 |
|  | FIRST MIDWEST BANK |  | 0.00 | NA | NA | 0.00 |
|  | GOODYEAR |  | 657.00 | NA | NA | 0.00 |
|  | HSBC NEVADA |  | 0.00 | NA | NA | 0.00 |
|  | HSBC/RS |  | 0.00 | NA | NA | 0.00 |
|  | NICOR GAS |  | 139.00 | NA | NA | 0.00 |
|  | OLD SECOND NATIONAL |  | 0.00 | NA | NA | 0.00 |
|  | OLD SECOND NATIONAL BANK |  | 0.00 | NA | NA | 0.00 |
|  | TOYOTA MOTOR CREDIT |  | 0.00 | NA | NA | 0.00 |
|  | TOYOTA MTR |  | 15,320.00 | NA | NA | 0.00 |
|  | US EMPL CU |  | 0.00 | NA | NA | 0.00 |
|  | VILLAGE OF BELLWOOD |  | 250.00 | NA | NA | 0.00 |
|  | WATERFLD MTG |  | 0.00 | NA | NA | 0.00 |
|  | WELLS FARGO FINANCIAL |  | 962.00 | NA | NA | 0.00 |
|  | WFFINANCIAL |  | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CHASE BANK USA NA | 7100-000 | 3,597.00 | 3,370.98 | 3,370.98 | 1,033.23 |
| 5 | CITIFINANCIAL, INC | 7100-000 | NA | 6,176.40 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES N. A. | 7100-000 | 1,057.00 | 465.57 | 465.57 | 142.70 |
| 2 | OLD SECOND BANK | 7100-000 | 59,510.00 | 67,089.46 | 67,089.46 | 20,563.39 |
| 1 | ZALUTSKY & PINSKI | 7100-000 | NA | 1,250.00 | 0.00 | 0.00 |
| 4 | ZALUTSKY & PINSKI | 7100-000 | NA | 1,796.06 | 0.00 | 0.00 |
| 7 | ZALUTSKY & PINSKI | 7100-000 | NA | 1,250.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 98,008.00 | $ 81,398.47 | $ 70,926.01 | $ 21,739.32 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 07-07845 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LARRY ALMON | | | | Date Filed (f) or Converted (c): | 04/30/2007 (f) |
| | | | | | 341(a) Meeting Date: | 07/12/2007 |
| For Period Ending: | 09/12/2018 | | | | Claims Bar Date: | 12/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 323 48 TH AVE., BELLWOOD IL  Automatic Stay lifed as of 3/18/08 - Bank took property and sold at Sheriff's sale. | 250,000.00 | 55,000.00 | | 0.00 | FA |
| 2. CASH | 500.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS  2 TVs, DVD, Stereo, Computer, 2 Sofas, 4 Chairs, 4 Lamps, 2 Beds, 2 Dressers, Stove, Refrigerator, Washer, Dryer, 2 Bikes, Miscellaneous Household Goods. | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES  Miscellaneous Books & Pictures | 150.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7. AIRCRAFT [SIC]  2004 Toyota Solara - Vehicle | 13,900.00 | 13,900.00 | | 0.00 | FA |
| 8. Void (u)  2004 Toyota Solara - Vehicle | 0.00 | N/A | | 0.00 | FA |
| 9. OTHER LITIGATION (u)  Back Pay Award - Debtor brought wrongful termination lawsuit against his employer, USPS.  Larry D. Almon v. Johnn E. Potter, Postmaster General; OFO Docket No. 0120070505; Agency Case No. 4J-600-0159-05 | 0.00 | 120,000.00 | | 131,859.96 | FA |
| 10. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $266,450.00 | $188,900.00 | | $131,859.96 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/17/18 - TFR filed.

6/28/18 - Submitted TFR for review.

6/5/18 - Hearing scheduled for Trustee's objection to claims.

5/3/18 - Hearing on Trustee's motion to abandon interest in postpetition back pay award of Asset No. 9.

4/5/18 - The Trustee has recovered funds from litigation with the U.S. Postal Service and is currently reviewing claims and preparing tax returns.

3/8/18 - Court approved Debtor's discrimination lawsuit settlement with the Post Office.

Initial Projected Date of Final Report (TFR): 12/15/2011     Current Projected Date of Final Report (TFR): 07/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-07845 | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|
| Case Name: | LARRY ALMON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2242 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4801 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/18 | 9 | UNITED STATES POSTAL SERVICE<br>CITIBANK, NA<br>ONE PENNE'S WAY<br>NEW CASTLE, DE 19720 | SETTLEMENT - ORDER DATED 3/8/18 | 1249-000 | $93,613.77 | | $93,613.77 |
| 03/28/18 | 9 | UNITED STATES POST OFFICE<br>CITIBANK, NA<br>ONE PENNE'S WAY<br>NEW CASTLE, DE 19720 | SETTLEMENT - ORDER DATED 3/8/18 | 1249-000 | $38,246.19 | | $131,859.96 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.29 | $131,834.67 |
| 05/04/18 | 5001 | ALMON, LARRY<br>7012 W. 114th St.<br>Worth, IL 60482 | Order dated 5/3/18 | 8100-002 | | $65,771.38 | $66,063.29 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $189.63 | $65,873.66 |
| 08/17/18 | 5002 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,554.43 | $59,319.23 |
| 08/17/18 | 5003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $33,431.91 | $25,887.32 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. | ($33,297.50) | 3110-000 | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. | ($134.41) | 3120-000 | | |
| 08/17/18 | 5004 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Distribution | | | $4,148.00 | $21,739.32 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($4,123.70) | 3410-000 | | |

Page Subtotals: $131,859.96   $110,120.64

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-07845 | Trustee Name: | Frances Gecker, Trustee |
| --- | --- | --- | --- |
| Case Name: | LARRY ALMON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2242 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4801 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. | ($24.30) 3420-000 | | | |
| 08/17/18 | 5005 | OLD SECOND BANK<br>35 S. RIVER ST.<br>AURORA, IL  60506 | Final distribution to claim 2 representing a payment of 30.65 % per court order. | 7100-000 | | $20,563.39 | $1,175.93 |
| 08/17/18 | 5006 | FIA CARD SERVICES N. A.<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Final distribution to claim 3 representing a payment of 30.65 % per court order. | 7100-000 | | $142.70 | $1,033.23 |
| 08/17/18 | 5007 | CHASE BANK USA NA<br>PO BOX 15145<br>Wilmington, DE  19850-5145 | Final distribution to claim 6 representing a payment of 30.65 % per court order. | 7100-000 | | $1,033.23 | $0.00 |

|  | COLUMN TOTALS | $131,859.96 | $131,859.96 |
| --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  | Subtotal | $131,859.96 | $131,859.96 |
|  | Less: Payments to Debtors | $0.00 | $65,771.38 |
|  | Net | $131,859.96 | $66,088.58 |

| | Page Subtotals: | $0.00 | $21,739.32 |
| --- | --- | --- | --- |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-07845 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | LARRY ALMON | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX7029 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX4801 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:  $0.00  $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2242 - Checking | $131,859.96 | $66,088.58 | $0.00 |
| XXXXXX7029 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
|  | $131,859.96 | $66,088.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $131,859.96 |
| Total Gross Receipts: | $131,859.96 |

Page Subtotals:  $0.00   $0.00